Before STATE INDUSTRIAL BOARD, Respondent. THOMAS GALLO and Another, Respondents, v. P. F. COLLIER & SON COMPANY and Another, Appellants.— Award as to the mother reversed on the ground that no claim has been filed in her behalf, and in other respects award affirmed. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. MARY GEORGE and Others, Respondents, v. WEST VIRGINIA PULP AND PAPER COMPANY, Appellant.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. HENRY GERNER, Respondent, v. THE VAN IDERSTINE COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof or finding of a permanent injury which would sustain the finding of loss of use of fifty per cent of the left arm; furthermore that there is no proof of the value of the services of Dr. Jennings or of the extent and value of the services rendered by the hospital. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. P. J. GLENN, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Award reversed and matter remitted to the State Industrial Board. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. DAVID GOLDSTEIN, Respondent, v. WEREBELOVSKY BROS., INC., and Another, Appellants.— Award reversed and claim dismissed, on the ground that an award previously paid is affected by the award in question contrary to the provisions of section 22 of the Workmen's Compensation Law. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK GOLLY, Respondent, v. H. F. FISCHBACH, INC., and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that in measuring the vision of claimant acuity of vision has alone been considered, and upon the authority of *Struble* v. *Vacuum Oil Co.* (*post*, p. 844), decided herewith. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. DENIS GOREY, Respondent, v. MORRIS KAHN and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. VINCENT GRASSULA, Respondent, v. NEW YORK AND PENNSYLVANIA COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN HAGGERTY, Respondent, v. COHOES ENVELOPE COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that on conflicting evidence a schedule award has been made of permanent partial disability without a finding that such disability is permanent. All concur.

CLAUDE HAINES, Appellant, v. FENSTER BROTHERS-FLEISHMAN, INC., Respondent.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM HAMPF, Respondent, v. INTERBOROUGH NEWS COMPANY and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the evidence fails to show an accidental injury which arose out of or in the course of the employment. All concur.